IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **JUDITH A. ANDERSON,** | ) | **CASE NO. 05-09128** |
| f/k/a JUDITH GRABINSKI, | ) | |
| | ) | Honorable Jacqueline P. Cox |
| Debtor. | ) | |

## TRUSTEE'S FINAL REPORT

RONALD R. PETERSON, not individually but as chapter 7 trustee (the "Trustee") of the estate of Judith A. Anderson (the "Debtor"), respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. § 704(9), and states:

1. The Petition commencing this case was filed on March 14, 2005. Ronald R. Peterson was appointed Trustee on March 14, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have been either converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of the estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of August 31, 2007 is as follows:

| | | |
|---|---|---:|
| (a) | RECEIPTS (see Exhibit C): | $73,068.08 |
| (b) | DISBURSEMENTS (see Exhibit C): | $49,359.65 |
| (c) | NET CASH available for distribution: | $23,708.43 |
| (d) | TRUSTEE/PROFESSIONAL COSTS: | |
| | i) Trustee's compensation requested (see Exhibit E) | |
| | Fee | $5,933.26 |
| | Expenses | $52.63 |
| | ii) Compensation requested by attorney for the Trustee | |
| | Fee | |
| | Expenses | $0.00 |
| | | $0.00 |
| | iii) Compensation requested by Accountant for the Trustee | |
| | Fee | |
| | Expenses | $0.00 |
| | | $0.00 |

5. The Bar Date for filing unsecured claims expired on October 10, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| (a) | Allowed unpaid Secured Claims | $0.00 |
| (b) | Chapter 7 Administrative and 28 U.S.C. § 1930 Claims | $5,985.89 |
| (c) | Allowed Chapter 11 Administrative Claims | $0.00 |
| (d) | Allowed Priority Claims | $0.00 |
| (e) | Allowed Unsecured Claims | $0.00 |
| (f) | General Unsecured Claims | $5,397.09 |
| (g) | Interest on General Unsecured Claims | 475.17 |

7. Trustee proposed that unsecured creditors receive a distribution of 100% of allowed claims.

2

8.  Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals' compensation requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00.

9.  A fee of $1,700.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. § 329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct, and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§ 330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully submitted,

_/s/ Ronald R. Peterson_
RONALD R. PETERSON, not individually but as Trustee for Judith A. Anderson

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL  60611
PH:   (312) 923-2981
FAX:  (312) 840-7381

Dated: September 14, 2007

3

## TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved. Major tasks are summarized in paragraph form below.)

- A. Conducted Meeting of Creditors Pursuant to 11 U.S.C. § 341; Discovery regarding recovery of assets.

- B. Reviewed settlement offer and authorized settlement of Debtor's personal injury lawsuit against Wyeth.

- C. Objected to the claim of the Illinois Student Assistance Commission.

- D. Reviewed and analyzed all of the claims filed.

- E. Prepared the Trustee's Report and Final Account and all required interim reports.

**EXHIBIT A - PAGE 1**

## DISPOSITION OF ESTATE PROPERTY

## (SEE ATTACHED FORM 1)

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 05-09128  JPC  Judge: JACQUELINE P. COX | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | ANDERSON, JUDITH A | Date Filed (f) or Converted (c): | 03/14/05 (f) |
| | | 341(a) Meeting Date: | 04/18/05 |
| For Period Ending: | 09/14/07 | Claims Bar Date: | 10/10/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. checking account at Marquette Bank | 175.00 | 0.00 | | 0.00 | 0.00 |
| 2. Household goods and furnishings | 500.00 | 0.00 | | 0.00 | 0.00 |
| 3. Wearing apparel | 500.00 | 0.00 | | 0.00 | 0.00 |
| 4. Fen-Phen civil litigation, case no. 12736-124586-1 | 300,000.00 | 72,953.37 | | 72,953.37 | 0.00 |
| 5. Fen-Phen civil suit, Case no. 59455-01 | 300,000.00 | Unknown | | 0.00 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 114.71 | Unknown |
| TOTALS (Excluding Unknown Values) | $ 601,175.00 | $ 72,953.37 | | $ 73,068.08 | $0.00<br>(Total Dollar Amount in Column 6) |

Gross Value of Remaining Assets

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has received all settlement proceeds. The Trustee has completed check of claims and is objecting to one claim, which the Debtor claims was repaid post petition. Claim is from the Illinois Student Assistance Commission. Check of claims is complete and hearing on objection to claims is 7 August 9: 30 am

Initial Projected Date of Final Report (TFR): 12/31/08   Current Projected Date of Final Report (TFR): 12/31/08

LFORM1

Page: 1

Ver. 12.52

**RECEIPTS AND DISBURSEMENTS**

**(SEE ATTACHED FORM 2)**
**Include Notice Fixing Time for Filing Claims With Service List**

**EXHIBIT C - PAGE 1**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-09128 -JPC | Trustee Name: | RONALD R. PETERSON |
| Case Name: | ANDERSON, JUDITH A | Bank Name: | BANK OF AMERICA, N.A. |
| Taxpayer ID No: | *******8180 | Account Number / CD #: | *******6625 Money Market Account (Interest Earn |
| For Period Ending: | 09/14/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/05/07 | 4 | Wyeth (from Compass Bank) | Personal injury settlement proceeds |  | 29,939.88 |  | 29,939.88 |
|  |  | FLEMING & ASSOCIATES | Memo Amount:    69,488.09 | 1142-000 |  |  |  |
|  |  |  | Personal injury settlement proceeds |  |  |  |  |
|  |  | FLEMING & ASSOCIATES | Memo Amount:   ( 31,269.64 ) | 3210-000 |  |  |  |
|  |  |  | Special counsel's fee |  |  |  |  |
|  |  | FLEMING & ASSOCIATES | Memo Amount:   ( 8,278.57 ) | 3220-000 |  |  |  |
|  |  |  | Special Counsel's Expenses |  |  |  |  |
| 03/20/07 |  | Transfer to Acct #*******6638 | Bank Funds Transfer | 9999-000 |  | 7,600.00 | 22,339.88 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 17.14 |  | 22,357.02 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 18.38 |  | 22,375.40 |
| 05/03/07 | 4 | Wyeth (from Compass Bank) | Additional proceeds |  | 1,153.84 |  | 23,529.24 |
|  |  |  | Memo Amount:    3,465.28 | 1142-000 |  |  |  |
|  |  |  | Gross proceeds - additional |  |  |  |  |
|  |  |  | Memo Amount:   ( 2,311.44 ) | 2990-000 |  |  |  |
|  |  |  | Miscellaneous reserve expenses |  |  |  |  |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.79 |  | 23,549.03 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 19.35 |  | 23,568.38 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.02 |  | 23,588.40 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 20.03 |  | 23,608.43 |

|  |  | COLUMN TOTALS | 31,208.43 | 7,600.00 | 23,608.43 |
|  |  | Less: Bank Transfers/CD's | 0.00 | 7,600.00 |  |
|  |  | Subtotal | 31,208.43 | 0.00 |  |
|  |  | Less: Payments to Debtors | 0.00 | 0.00 |  |
|  |  | Net | 31,208.43 | 0.00 |  |

Memo Allocation Receipts:     72,953.37
Memo Allocation Disbursements: 41,859.65

Memo Allocation Net:          31,093.72

Page Subtotals   31,208.43   7,600.00

LFORM24                                                                  Ver: 12.52

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-09128 -JPC |
| --- | --- |
| Case Name: | ANDERSON, JUDITH A |
| Taxpayer ID No: | *******8180 |
| For Period Ending: | 09/14/07 |

| Trustee Name: | RONALD R. PETERSON |
| --- | --- |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6638 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/20/07 | | Judith A. Anderson | Transfer from Acct #*******6625 Bank Funds Transfer | 9999-000 | 7,600.00 | | 7,600.00 |
| 03/20/07 | 003001 | | Personal injury exemption | 8100-002 | | 7,500.00 | 100.00 |

| | COLUMN TOTALS | 7,600.00 | 7,500.00 | 100.00 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | 7,600.00 | 0.00 | |
| | Subtotal | 0.00 | 7,500.00 | |
| | Less: Payments to Debtors | | 7,500.00 | |
| | Net | 0.00 | 0.00 | |

| | | Memo Allocation Receipts: | 0.00 |
| --- | --- | --- | --- |
| | | Memo Allocation Disbursements: | 0.00 |
| | | Memo Allocation Net: | 0.00 |

| | Total Allocation Receipts: | 72,953.37 |
| --- | --- | --- |
| | Total Allocation Disbursements: | 41,859.65 |
| | Total Memo Allocation Net: | 31,093.72 |

TOTAL - ALL ACCOUNTS    NET DEPOSITS    NET DISBURSEMENTS    ACCOUNT BALANCE

Money Market Account (Interest Earn - *******6625    31,208.43    0.00    23,608.43
BofA - Checking Account - *******6638    0.00    0.00    100.00
                                                                                              ─────────    ─────────    ─────────
                                                                                              31,208.43    0.00    23,708.43
                                                                                              (Excludes Account Transfers)    (Excludes Payments To Debtors)    Total Funds On Hand

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **JUDITH A. ANDERSON,** | ) | **CASE NO. 05-09128** |
| f/k/a JUDITH GRABINSKI, | ) | |
| | ) | Honorable Jacqueline P. Cox |
| Debtor. | ) | |

## PROPOSED DISTRIBUTION REPORT

I, Ronald R. Peterson, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distributions.

### SUMMARY OF DISTRIBUTION

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $5,985.89 |
| Chapter 11 Administrative Expenses: | 0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | 0.00 |
| Secured Tax Liens: | 0.00 |
| Priority Tax Claims: | 0.00 |
| General Unsecured Claims | $5,397.09 |
| Interest on General Unsecured Claims at 3.24% for 992 days | $475.17 |
| Surplus Funds to Debtor | $11,850.28 |
| **TOTAL AMOUNT TO BE DISTRIBUTED** | $23,708.43 |

**EXHIBIT D - PAGE 1**

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. § 1930(6)) | $5,985.89 | $5,985.89 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| | Trustee<br>    Fees<br>    Expenses | $5,933.26<br>$52.63 | $5,933.26<br>$52.63 |
| | Jenner & Block<br>    Fees<br>    Expenses | 0.00<br>0.00 | 0.00<br>0.00 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726 (a) and (b) and § 507(a)(1) (debtor-in-possession (DIP) administrative expenses) | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to § 502(f) | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

**EXHIBIT D - PAGE 2**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(3) - Wages, salaries or commissions limited to $4,000 | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000 | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 507(a)(6) - Deposits by consumers to the extent of $1,800 | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

**EXHIBIT D - PAGE 3**

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 724(b) - Tax liens | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(8) - Tax claims excluding fines and penalties | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
|  | § 507(a)(9) - Capital commitments to Federal Depository Institutions | $0.00 |  |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A |  | $0.00 | $0.00 |
|  |  |  |  |

**EXHIBIT D - PAGE 4**

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
| | § 726(a)(2) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $5,397.09 | $5,397.09 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 2 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 | $1,299.61 | $1,299.61 |
| 3 | eCAST Settlement Corporation, successor to Sears<br>POB 35480<br>Newark, NJ 07193-5480 | $2,162.92 | $2,162.92 |
| 4 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 | $438.74 | $438.74 |
| 5 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada NA/ HSBC Card Services III<br>POB 35480<br>Newark, NJ 07193-5480 | $1,495.82 | $1,495.82 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(3) - Late unsecured claims | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| N/A | | $0.00 | $0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 0.00% |
|---|---|---|---|
| | § 726(a)(4) -Fines/Penalties | $0.00 | |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |

**EXHIBIT D - PAGE 5**

| N/A | | $0.00 | $0.00 |
|---|---|---|---|

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND 100% |
|---|---|---|---|
| | § 726(a)(5) - Interest | $475.17 | $475.17 |
| Claim No. | Creditor | Amount of Allowed Claim | Amount of Dividend |
| 2 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 | $114.44 | $114.44 |
| 3 | eCAST Settlement Corporation, successor to Sears<br>POB 35480<br>Newark, NJ 07193-5480 | $190.38 | $190.38 |
| 4 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 | $38.63 | $38.63 |
| 5 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada NA/ HSBC Card Services III<br>POB 35480<br>Newark, NJ 07193-5480 | $131.72 | $131.72 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 1 | Illinois Student Assistance Commission<br>1755 Lake Cook Road<br>Deerfield, IL 60015 | $67,764.52 | Disallowed on August 7, 2007 |

<u>**EXHIBIT D - PAGE 6**</u>

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: September 14, 2007                    /s/ Ronald R. Peterson
                                                 Trustee

**EXHIBIT D - PAGE 7**