**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| **JUDITH A. ANDERSON**, | ) | **CASE NO. 05-09128** |
| f/k/a JUDITH GRABINSKI, | ) | |
| | ) | Honorable Jacqueline P. Cox |
| Debtor. | ) | |

**NOTICE OF TRUSTEE'S FINAL REPORT,
HEARING ON APPLICATIONS FOR COMPENSATIONS, AND
HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO THE DEBTOR(S), CREDITORS AND OTHER PARTIES IN INTEREST:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   United States Bankruptcy Court
          219 South Dearborn Street
          Courtroom 619
          Chicago, Illinois 60604

    On:   **November 8, 2007**    Time:  **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to pending applications and transacting such other business as may be properly noticed before the Court. **ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT IS NOT REQUIRED**.

3. The Trustees Final Report shows total:

    |   |   |   |
    |---|---|---|
    | a. | Receipts | $73,068.08 |
    | b. | Disbursements | $49,359.65 |
    | c. | Net Cash Available for Distribution | $23,708.43 |

1581740.1

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Ronald R. Peterson<br>Trustee | $0.00 | $5,933.26 | $52.63 |
| Jenner & Block<br>Attorney/Trustee | $0.00 | $0.00 | $0.00 |
| Accountant/Trustee | $0.00 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| N/A | $0.00 | $0.00 | $0.00 |

6. In addition to the expenses of administration that may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| N/A | | $0.00 | $0.00 |

7. Claims of general unsecured creditors totaling $5,397.09 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100%. Allowed general unsecured claims are as follows:

| CLAIM NUMBER | CLAIMANT | AMOUNT OF CLAIM | PROPOSED PAYMENT |
|---|---|---|---|
| 2 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ  07193-5480 | $1,299.61 | $1,299.61 |
| 3 | eCAST Settlement Corporation, successor to Sears<br>POB 35480<br>Newark, NJ  07193-5480 | $2,162.92 | $2,162.92 |

2

1581740.1

| | | | |
|---|---|---|---|
| 4 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ  07193-5480 | $438.74 | $438.74 |
| 5 | eCAST Settlement Corporation,<br>assignee of HSBC Bank Nevada<br>NA/ HSBC Card Services III<br>POB 35480<br>Newark, NJ  07193-5480 | $1,495.82 | $1,495.82 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. Interest on claims in the amount of $475.17 will be paid to general unsecured creditors.

10. After settlement of all claims, surplus funds in the amount of $11,850.28 will be refunded to the Debtor.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

12. The Debtor has been discharged.

13. The Trustee proposes to abandon the following property at the hearing:

      0.00

Dated:   **October 16, 2007**             For the Court,

                                                                       **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
330 North Wabash Avenue
Chicago, IL 60611
PH:   (312) 923-2981
FAX:  (312) 840-7381

3

1581740.1

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1            User: amcc7                  Page 1 of 1                 Date Rcvd: Oct 16, 2007
Case: 05-09128                  Form ID: pdf002              Total Served: 35


The following entities were served by first class mail on Oct 18, 2007.
db           +Judith A Anderson,    2940 S Lowe,   Chicago, IL 60616-3033
aty          +Thomas R Hitchcock,   Hitchcock & Associates  P C,   120 S State Street,   Suite 803,
               Chicago, IL 60603-5503
tr           +Ronald R Peterson,   Jenner & Block,   One IBM Plaza 38th Fl,   Chicago, IL 60611-3586
9042848       AT&T,   P.O. Box 6909,   The Lakes, NV 88901-6909
9042847       Alliance One,   P O Box 3102,   Southeastern, PA 19398-3102
9042849      +Attention LLC,   7333 Tam O shanter Drive,   Stockton, CA 95210-3370
9042850      +Blatt, Hasenmiller, Leibsker,   Attn: Bankruptcy Department,   2 North LaSalle St., Ste. 900,
               Chicago, IL 60602-4059
9042853      +CBE Group Inc,   P O Box 3251,   Milwaukee, WI 53201-3251
9042851      +Capital One,   P.O. Box 60000,   Seattle, WA 98190-6000
9042852      +Carson Pirie Scott,   P.O. Box 5000,   Hammond, IN 46325-5000
9042854      +Citibank Platinum Select,   P.O. Box 6000,   The Lakes, NV 89163-0001
9042855      +Financial Asset Management Systems, Inc,   P O Box 926050,   Norcross, GA 30010-6050
9042856      +First North American Nat'l Ban,   P.O. Box 42364,   Richmond, VA 23242-2364
9042857      +Goldman, Webber and Associates,   5250 S Virginia St Suite 380,   Reno, NV 89502-6056
9042858       Household Consumer Lending,   931 Corporate Lending,   Pomona, CA 91768
9042860      +ISAC,   1755 Lake Cook Road,   Deerfield, IL 60015-5209
9042859       Illinois Collection Services,   P.O Box 646,   Oak Lawn, IL 60454-0646
9500408      +Illinois Student Assistance Commission,    1755 Lake Cook Road,   Deerfield,  IL 60015-5209
9042861       JCPenny,   P.O Box 32000,   Orlando, FL 32890-0004
9042863       National Action Financial Serv,   3587 Parkway Lane,   Norcross, GA 30092-2827
9042864      +Penncro Associates Inc,   95 James Way Suite 113,   Southampton, PA 18966-3847
9042865      +Providian Financial,   P.O. Box 9539,   Manchester, NH 03108
9042866      +Providian Financial,   P.O. Box 9553,   Manchester, NH 03108
9042867      +Redline Recovery Systems,   1145 Sanctuary Pkwy Ste 350,   Alpharetta, GA 30004-4756
9042868      +Richard J Boudreau & Associates,   5 Industrial Way,   Salem, NH 03079-4890
9042869      +Sears,   3333 Beverly Road,   Department 766-B6235A,   Hoffman Estates, IL 60179-0001
9042870      +Serban Law Office,   P O Box 11160,   Fort Wayne, IN 46856-1160
9042871      +Spiegel Charge,   FCNB,   P.O. BOX 2210,   Portland, OR 97015
9042872      +Target,   P.O. Box 59231,   Minneapolis, MN 55459-0231
9042873       Tinley Primary Care,   123 Main Street,   Tinley Park, IL 60401
9042874      +United States Trustee,   227 West Monroe Street,   Suite 3350,   Chicago, IL 60606-5025
9042875      +Victoria's Secret,   c/o Turner, Cohen & Thomas,   2880 Desden Drive,   Atlanta, GA 30341-3920
10926365      eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480
10938390      eCAST Settlement Corporation assignee of,   HSBC Bank Nevada NA / HSBC Card,   Services III,
               POB 35480,   Newark NJ 07193-5480
10926366      eCAST Settlement Corporation successor to Sears,   POB 35480,   Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9042862*    +Judith A. Anderson,   2940 S Lowe,   Chicago, IL 60616-3033
                                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**First Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 18, 2007**                              **Signature:**   *Joseph Speetjens*